IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-0503 -ZLW-OES

STEPHEN R. FOX,

    Plaintiff,

v.

EMILY SHIMANSKI,

    Defendant.

_____

ORDER
_____

In consideration of the Minute Order entered on August 22, 2005, by Magistrate Judge O. Edward Schlatter, it is

ORDERED that the trial preparation conference set on Wednesday, September 12, 2005, at 2:00 p.m. and the trial set on October 17, 2005, at 10:30 a.m. hereby vacated.  It is

FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before September 2, 2005.  If by that date settlement papers have not been received by the Court, on September 9, 2005, the case will be dismissed without prejudice.

Dated at Denver, Colorado, this   23    day of August, 2005.

                BY THE COURT:

                S/ Zita L. Weinshienk
                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court