IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-0503 -ZLW-OES

STEPHEN R. FOX,

    Plaintiff,

v.

EMILY SHIMANSKI,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorney fees.

Dated at Denver, Colorado, this __9__ day of September, 2005.

                                        BY THE COURT:


                                        s/ Zita L. Weinshienk
                                        _____
                                        ZITA L. WEINSHIENK, Senior Judge
                                        United States District Court